# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS PURYEAR,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C18-5687-JPD<br><br>ORDER OF DENIAL |

This matter comes before the Court upon plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Specifically, plaintiff's IFP application indicates that within the past twelve months, his spouse received net income of approximately $24,000, and that they received rental income of $14,400 and disability income of $38,356. *Id.* at 1. Furthermore, he represented that they own real estate, motor vehicles and have retirement savings totaling $963,000, in addition to having $3,000 in their bank accounts at this time. *Id.* at 2.

After careful consideration of plaintiff's IFP application, the governing law and the balance of the record, the Court ORDERS:

ORDER
PAGE - 1

1) Plaintiff's IFP application, Dkt. 1, is DENIED because the Court finds that he has sufficient funds to afford the filing fee. Plaintiff shall pay the applicable filing fee within thirty (30) days of the date of this Order, or this case shall be dismissed.

2) The Clerk of the Court is directed to send copies of this Order to the parties.

DATED this 22nd day of August, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge